VILLAGE OF CANASTOTA, Appellant, *v.* WOODFORD, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Judgment reversed on the exceptions, and a new trial ordered, with costs to abide the event.

---

WALTERS, Respondent, *v.* MAYHEW, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Motion denied. See 8 N. Y. Supp. 771.

---

WRIGHT, Respondent, *v.* PETERSON, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Order modified to be settled by HARDIN, J., on five days' notice.

---

*In re* YEOMANS.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Motion of defendant denied. Motion of petitioner for leave to add supplemental charges to those now pending before the referee denied. See 6 N. Y. Supp. 946, 8 N. Y. Supp. 944.

---

ZIMMERMAN, Appellant, *v.* SANDERSON BROS. STEEL CO., Respondent.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion. Judgment affirmed, with costs.

---

BARNARD MANUF'G CO., Appellants, *v.* QUACKENBUSH, Respondent.

*(Supreme Court, General Term, Fourth Department.* July 1, 1890.)

No opinion. Judgment of Herkimer county court, so far as it modifies the verdict and judgment of justice's court, reversed, and the judgment of justice's court affirmed, with costs to the plaintiff in the county court, and the appeal of the plaintiff to the county court dismissed, with $10 costs to the defendant (respondent) in the county court; the costs to be offset. The order for retaxation reversed, and the taxation vacated, neither party to have costs in this court on this appeal.

---

GARDNER, Respondent, *v.* DE LONG, Appellant.

*(Supreme Court, General Term, Fourth Department.* July 1, 1890.)

No opinion. Judgment and order affirmed, with costs.

---

HIER, Respondent, *v.* HEYENGA, Appellant.

*(Supreme Court, General Term, Fourth Department.* July 1, 1890.)

No opinion. Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event.